Vesta Moore Appeal
[illegible]
U.S. First Circuit
Review Pass
2004-8020
2005-1442-1443

ON U.S. Judge [illegible]
CA U.S. Judge RWZ 2005C
Magistrate Iswiler

IND NO 91-10295
UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS BOSTON
May 28, 2005

MAGISTRATE JUDGE MDD

Vesta Moore Petitioner
                Respondent
VS
UNITED STATES OF AMERICA
U.S. DIST. COURT, DIST. OF MASS.
SUPERIOR COURT SUFFOLK COUNTY
MASSACHUSETTS BOSTON
U.S. Attorney Dist/Massachusetts

05 11216 RWZ

IND NO 91-10295 [illegible]
BRIEF
MOTION TO CORRECT
RECORD or WRIT OF
ERROR CORAM NOBIS

RE-OPEN SCHEDULING IS
FIRST CIR. 1st ISSUED 4/5/2005
CA 2005-1442-1443
MOORE v COMM OF MASSACHUSETTS
ORAL ARGUMENT
SCHEDULED SEPT 20 2005

[illegible] U.S. DIST [illegible]
CONVICTED ME ON IND NO 91-[illegible]
AFTER MOORE SUPERIOR COURT SUFFOLK COUNTY MASSACHUSETTS

I [illegible] VESTA MOORE AFTER BEING SWORN THIS 5-28-2005

THIS IS A MOTION TO CORRECT THE RECORD IS BROUGHT
BY ANYTIME 18 USCA 3231, 28 USCA 351, 88 L.Ed. 1071
U.S. v RUNYON 41 F. Supp 594.
                Or brought by CORAM NOBIS 28 USCA 1651, 1361
SWORN UNDER 28 USCA 1746.    US v SIEESE 144 F.2d 439
MAY 28 (2005) NOTARY PUBLIC
                                        [signature]
                                SEGREGATION VESTA MOORE REG NO 18553-058
                                US PRISON LEWISBURG PA BOX [illegible]
                                                17837

USv ~~~ IVa NO 91 ~~~

U.S DIST ~~~ DISTRICT OF MASSACHUSETT

SUMMARY — BY A ~~FICTICIOUS~~ FEDERAL CONVICTION WITHOUT ANY
IN FEDERAL SUCCESSIVE PROSECUTION
ANY INDICTMENT OFF A FAKE ( POLICE REPORT( ACTUALLY) INDICTING ME
(IT SELF) THE POLICE REPORT GIVES THE DATE OF GRAND JURY INDICTMEN
NOTE IN A WARRENTLESS ARREST ON SEPT I5TH (I99I) FICTICIOUSLY INDICTED
(SIC) TWO DAYS AFTER THE FAKE ARREST (FICTICIOUSLY) INDICTED SEPT I5 (I
NO INDICTMENT EXIST HERE ITS DEPRIVATION OF CIVIL RIGHTS BY CONSPIRACY

(1991)

PICARD 404 US 270

BOSTON POLICE DEPARTMENT

POLICE REPORT

APP B

NOTATION
BOSTON HEARLD NEWS
ON APRIL I0TH (2004)
PUBLISHED THAT THE
ARRESTING
OFFICER IN MY
CASE MIGUEL PENTO
WAS INDICTED APRIL
I0TH (2004) FOR
FALSIFYING
ANOTHER BLACK
PERSON
POLICE REPORT
AS I AM BLACK
AMERICAN
AN HAS SUFFERED
FEDERAL
UCCESSIVE CONVICTION
Y THIS INARTFUL
LSIFIED POLICE
EPORT
LSIFIED OVER NIGHT
PT I5TH (I99I)
S ON SUNDAY
IS FALSITY

COMMONWEALTH
v.
VETTER MOORE

OFFENSE: ASSAULT W/INT MURDER (4 COUNTS) UNLAWFULLY 09/15/91
CARRYING A FIREARM POSS OF FIREARM W/ALTERED S/N
ASSAULTING OFFICER. TRAFFICKING COCAINE
K. KEVIN GUY + P.O (MIGUEL PINTO)
SUFFOLK SUPERIOR Judge: GRAND JURY Date (of trial) 09/17/91
Arresting Officer: K. GUY + M. PINTO Prosecuting Officer: K. GUY + M. PINTO
Complainant: K. GUY + M. PINTO Address: AREA D4

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, SS POLICE COURT of U.S. SUPERIOR COURT

U.S. ATT. HIGGINS
GOVT. CONVICTED
ME OFF THIS
FICTICIOUS
STATE
POLICE REPORT

GRAND JURY
SUFFOLK COUNTY

Re: Vetter Moore

Presented by: ROSALIND MILLER, ESQ.
Assistant District Attorney

NOTATION
THIS FALSITY WAS USED TO
CAUSE UNJUST CONVICTION
IN USA V MOORE 9I-I0295
IS THE INDICTMENT NO
US.JUDGE ZOBEL USDC.DIST.
MASS.BOSTON CONVICTED

Wednesday, September 18, 1991
Boston, Massachusetts

3                                                                    3

SENTENCED April 14 (1992) USA v MOORE IND NO 91-10295
) SOC. DISTRICT OF MASSACHUSETTS U.S Judge RYA ZOBEL

1) This PETITION MOTION        BUIE v KING, 137 F2d. 495
   CONCERNS   MOTION A 28 U.S.C. 534.
        A BLANTANT INCORRECT MASSACHUSETTS CRIMINAL
   RECORD, RELIED UPON BY THE FEDERAL GOVERNMENT TO
   SUCCESSFULLY PROSECUTE PETITIONER, PETITIONER

2) SEE MASSACHUSETTS FALSIFIED CRIMINAL RECORD,

3) USA FEDERAL SENTENCE CONVICTION
   SENTENCED ON APRIL 14th (1992)
   U.S JUDGE RYA ZOBEL UNITED STATES DISTRICT
   JUDGE DISTRICT OF MASSACHUSETTS BOSTON
                      US v MOORE IND NO 91-10295.

4) UNJUSTLY CONVICTED OF A ACC ARMED
   CAREER CRIMINAL, ENHANCED SENTENCE
   OF 20 yrs 18 USC 924(E) ONLY CARRY
   A PENALTY OF 15 yrs                   88 Led. 2d...

5) ABOVE ENHANCED SENTENCE
   WAS OFF A BLANTANT FALSIFIED CRIMINAL RECORD
   ▸ NO PRIOR CONVICTION EXIST
   ▸ NO PRIOR CONVICTION HAD ANY INDICTMENT
   ▸ THE PRIOR CONVICTIONS WAS OVER 15 YR TIME LIMIT
                      F.B.I RAP SHEET
   QUESTION THE ACC DISPOSITION ( SEE F.B.I RAP SHEET)

4                                                                                      4

                                              Niven v USA, 139 F2d 226
6)          NATURE OF ISSUE                          88 L.Ed, 1571
            Record Dated, Jack L.
            (1974) Indictmentless Conviction

7) Only Because Petitioner
   Is Black American Deprived, Cannot Exercise Any Civil
   Rights

8)          This 30 Falsified prior conviction
            see F.B.I. Rap Sheet Showing
            30 FAKE prior Conviction
                            NOTE
            ( Only Two prior Conviction Show A Disposition
9)          see p.s.l. P.N. 5/ page 6 / p.58 /

            The F.B.I. Rap Sheet ( His self says. He
10)         Cannot understand the Never Career Criminal
            Conviction) Nor understand the 20 Yr consecutive
            21                 Powder Cocaine Conviction
                          Incredible Impossible
                                                    Cobbs v USA.
                           Fact                     161 F2d. 814
11)         Only Two Prior Conviction In ( My Entire Life )
            (1972) IN a No 74 06511 (99) Judge G. Keeton
            (1991) In a No 7. 8510 Judge Roy
            Only Two Prior Conviction Exist, see p.s.l. pages 6/1215
            All run Supreme Court Justice Every Month 1-14
            [ Above Cases ( without any Grand Jury Indictment ]

12) Collateral Consequences

MONTGOMERY v USA 134 F2d. 1 (1943)

Petitioner Suffered Collateral Consequences as a

3) Direct Result of the Massachusetts so Tainted Prior Conviction. The [Gov't] Used These Non Existing Prior Conviction To [Unjustly Sustain?]

NIVEN v USA 139 F2d. 226

14) Under 3 Million Suit Case

[illegible] Suit Civ 91-0537 (C) Moore v [illegible]
Trustee Mass Suffolk Superior Court Suffolk County
Massachusetts Judge Tuttle
Issued 2 Two Orders to the US

15) Marshall Suffolk County Sheriff to Produce Me Pro Se Plaintiff In Court

— Ass't Att. Gen. [illegible] represented [illegible]
First Pre Trial Order Issued March 2 (1992)
Second Pre Trial Order Issued May 31 (1992)

16) Notice Never Issued
[illegible] Can Be Counsel    21 USC 851

I was always [unavailable?] in [illegible] the [illegible] excused by the US Marshall

The suit above (showed) No prior

17) Conviction existed. The gov't prosecuted [illegible] an indictmentLESS prior conviction

6                                                                                                    6

(8)  Rap sheet (Disclaimer)
     Rely upon the PSI Report...
     ... and prior conviction
     Petition also is (?), Cannot be used to
     Enhance (30+4 prior of (Indictmentless)
     21 USCA 851 No 3 prior conviction exist to
     legalize this 40 yrs
                    Con...
     Stayed in Walpole prison MA (for 16 year (?)/
     Straight Time (when all these prior was being falsified)

              Relief Requested
     That this hon court (1) grant/ correction of this
     maliciously falsified criminal record / vacate sentence
     (2) grant (no testimony at... ...)
     3) grant dismissal of charges, (4) grant return of
     my property taken in warrantless false arrest
     grant equity

Sworn under 28 USC 1746                    Segregation Unit ...
May 28, 2005  Notary public                Reg No 18760-038  U.S. prison
                                           Lewisburg PA Box ...