UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11216-RWZ

VETTER MOORE

v.

UNITED STATES OF AMERICA

ORDER ON MOTIONS

October 31, 2005

ZOBEL, D.J.

Petitioner started this proceeding with a motion under 28 U.S.C. § 2255 to vacate his sentence. Since then he has moved for a new trial (#2 on the docket), for a writ of habeas corpus ad testificandum (#5 on the docket), a writ of habeas corpus (#6 on the docket), and for default judgment (#8 on the docket).

The court had earlier denied the motion to testify (#5), although the endorsement does not appear on the docket sheet.

The remaining motions are denied as well because they are untimely, unintelligible and, to the extent I understand them, without authority in law.

The petition to vacate the sentence is denied as it is too late.

Judgment may be entered dismissing the petition.

|   |   |
|---|---|
| _____ | /s/ Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |