UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VETTER MOORE
        Petitioner

V.

UNITED STATES OF AMERICA
        Respondent

CIVIL ACTION

NO. 05CV11216-RWZ

## ORDER OF DISMISSAL

ZOBEL, D. J.

In accordance with the Court's Order dated 10/31/05 summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2255, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court

10/31/05
Date

/s/ Deputy Clerk